UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

GEORGE WEGERS, et al.,

Defendants.

CASE NO. CR05-231C

ORDER

Defendants George Wegers and Glenn Merritt have filed an *ex parte* request for permission to jointly meet with their attorneys at Federal Detention Center SeaTac. The government has informed the Court that it does not oppose Defendants' request. Having considered Defendants' request and all relevant facts and circumstances, the Court hereby ORDERS the Bureau of Prisons and the warden of FDC SeaTac to permit (1) prisoner Glenn Merritt and his attorney Timothy R. Lohraff, and (2) prisoner George Wegers and his attorney Jeffrey Lustick, to jointly meet for a legal visit on Sunday, October 16, 2005, commencing at 10:00 a.m. and lasting no longer than 3 hours, in an attorney-client conference room.

SO ORDERED this 14th day of October, 2005.

UNITED STATES DISTRICT JUDGE

ORDER – 1