UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

GEORGE WEGERS, et al.,

    Defendants.

CASE NO. CR05-0231C

ORDER

This matter comes before the Court on the government's motion to reset pretrial motions noting and response dates (Dkt. No. 569).  Having considered the government's motion in light of all the facts and circumstances in this case, and finding oral argument unnecessary, the Court GRANTS the motion for the reasons below.

Under Local Rule CrR 12(c), criminal motions are ordinarily noted for the second Friday after filing, with the response due seven calendar days after filing.  CrR12(c)(7), (c)(3).  However, that rule also provides that the time "for service and filing of the brief and any other materials in opposition to the motion may be extended by the court or by written stipulation."  CrR 12(c)(3).  Here, the government requests that the times in CrR 12 be lengthened for all pretrial motions, citing the large number of defendants filing such motions and the corresponding number of stipulated extensions the parties have filed as to individual motions.  Specifically, the government requests that all motions to be filed hereafter

ORDER – 1

1  be noted for the *third* Friday after filing, and that responses be due *fourteen* days after filing.  (*See* Pl.'s
2  Mot. 1.)  The government does not seek any retroactive extension for motions already filed.
3        The government has represented to the Court that after notifying all defense counsel by email of
4  this request, none have objected after a week to respond.  (*Id.* 2.)  The pretrial motions deadline in this
5  case is currently set for November 17, 2005, with trial set for January 6, 2006.  Under these
6  circumstances, the Court finds that extending the pretrial motions schedule as the government requests
7  would cause no prejudice nor impact the defendants' speedy trial rights.
8        Accordingly, the Court GRANTS the government's motion, and ORDERS that all pretrial
9  motions in this case filed on or after the date of this order be noted for the third Friday after filing, with
10 responses due fourteen days after filing.
11       SO ORDERED this 27th day of October, 2005.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

26 ORDER – 2