# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR05-231-JCC |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| GLENN WILLIAM MERRITT, | |
| Defendant. | |

An initial hearing on supervised release revocation in this case was scheduled before me on June 24, 2011. The United States was represented by AUSA Ye-Ting Woo and the defendant by Paula Deutsch and Brittany Goodnight. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 17, 2006 by the Honorable John C. Coughenour on a charge of RICO Conspiracy, and sentenced to 48 months custody, three years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol,

submit to search, provide his probation officer with financial information upon request, and not associate with any known outlaw motorcycle gang members or wear any outlaw motorcycle club "colors", emblems or support paraphernalia. (Dkt. 1140, 1141.)

On July 22, 2010, the conditions of supervised release were modified to require defendant to participate in a home confinement program, with electronic monitoring and sobrietor for 90 days, to be restricted to his residence for a period of at least 8 consecutive hours. (Dkt. 1279.)

In an application dated May 23, 2011 (Dkt. 1294, 1295), U.S. Probation Officer Jerrod Akins alleged the following violation of the conditions of supervised release:

1. Failing to report contact on February 11, 2011, and April 12, 2011, with law enforcement within 72 hours, in violation of standard condition No. 11.

Defendant was advised in full as to the charges and as to his constitutional rights.

Defendant admitted the violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged in the violation and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been released on supervision.

DATED this 24th day of June, 2011.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Ye-Ting Woo, Bruce Miyaki
Defendant's attorney: Paula Deutsch
Probation officer: Jerrod Akins

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3